# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D18-304
1D18-1698

_____

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

   Appellant,

   v.

SEQUANA BEALE,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

June 6, 2019


PER CURIAM.

   AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellant.

Daniel A. Iracki and Howard C. Coker of Coker Law, Jacksonville; and Rebecca Bowen Creed and Bryan S. Gowdy of Creed & Gowdy, P.A., Jacksonville, for Appellee.